

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2019

No. 04-19-00366-CR

April **OROSCO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR5505
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

On October 18, 2019, appellant's appointed counsel filed a motion to withdraw as counsel and an amended brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal.

After reviewing counsel's motion to withdraw and brief, we conclude counsel has not fully complied with *Kelly v. State* because there is no indication counsel has informed his client of her *pro se* right to seek discretionary review should this court declare appellant's appeal frivolous. *See Kelly v. State*, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014).

It is therefore **ORDERED** that appellant's counsel file a response indicating he has complied with the above *Kelly* requirements by **December 2, 2019.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2019.



_____
MICHAEL A. CRUZ,
Clerk of Court